USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAYMARI ROSADO NEGRON,

        Plaintiff,

-against-

MICDAVIS LLC and GIOVANNI PILLCO,

        Defendants.

1:22-cv-2241 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff commenced this action on March 18, 2022. [ECF No. 1]. On June 3, 2022, the Court scheduled an Initial Pre-Trial Conference in this matter for June 29, 2022. [ECF No. 18]. By standing order of the Chief Judge, this matter was subsequently automatically referred for mediation. [ECF No. 20]. The mediation was initially scheduled to be held on June 29, 2022. [ECF No. 26]. In light of that mediation, the Court adjourned the Initial Pre-Trial Conference to August 3, 2022. The mediation conference has subsequently been adjourned to August 17, 2022. *See* Dkt. Entry dated July 1, 2022. Accordingly, the Court hereby adjourns the Initial Pre-Trial Conference to August 31, 2022 at 2:00pm. Within three business days of any mediation, the Parties are directed to file a joint letter regarding the status, but not substance, of settlement discussions. The Parties are reminded to file the pre-conference materials one week in advance of the Initial Pre-Trial Conference as directed in the Court's June 3, 2022 scheduling order [ECF No. 18]. Failure to comply with the Court's Orders and Individual Rules may result in sanctions, including dismissal of the action for failure to prosecute.

**SO ORDERED.**

**Date: July 29, 2022**
       **New York, NY**

                                                        MARY KAY VYSKOCIL
                                                        UNITED STATES DISTRICT JUDGE