USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2022

**KAKALEC LAW**

Hugh Baran
Hugh@KakalecLaw.com

August 23, 2022

**Via ECF**
The Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, New York, NY 10007-1312

Re: *Daymari Negron Rosado v. MicDavis LLC et al.,* 22-cv-2241 (MKV)

Dear Judge Vyskocil:

Our firm represents the Plaintiff in the above-referenced matter. I write on behalf of all parties to request an adjournment of the initial conference scheduled for August 31, 2022, due to the case's assignment to a new mediator and the rescheduling of mediation for August 30, 2022.

The initial conference was originally scheduled to be held on June 29, 2022, but was adjourned by the Court *sua sponte* to August 3, 2022 due to the automatic referral of this case to mediation. *See* Memo Endorsement on Letter, ECF No. 26. The mediation was subsequently scheduled for August 17, 2022, and the Court then *sua sponte* adjourned the initial conference to the current date, August 31, 2022. *See* Order, ECF No. 30.

On August 15, 2022, the mediator originally assigned to this matter informed the parties that she was unavailable for the August 17, 2022 mediation. At her suggestion, and in the interests of working toward an efficient and speedy resolution of this matter, the parties conferred and jointly requested assignment of a new mediator who was available to hold the mediation on August 30, 2022. The Mediation Office subsequently assigned this matter to a new mediator, and we are now scheduled to go forward with mediation that day. *See* Docket Entry, dated Aug. 19, 2022.

Accordingly, the parties request that the conference be adjourned and rescheduled for a date in the weeks following the mediation, at the Court's convenience. This adjournment affects no other current deadlines in this case, as discovery has not begun and a Scheduling Order has not been entered. No previous adjournments or extensions have been requested by the parties.

Thank you for your consideration of the parties' request.

Respectfully submitted,

Hugh Baran
*Counsel for Plaintiff*

**GRANTED. The Initial Pretrial Conference scheduled for August 31, 2022 at 2:00 PM is adjourned and rescheduled for September 21, 2022 at 10:30 AM. SO ORDERED**

Date: 8/23/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

cc: All counsel via ECF

Kakalec Law PLLC
195 Montague Street, 14th Floor, Brooklyn, NY 11201
(212) 705-8730; (646) 759-1587 (fax)
www.KakalecLaw.com