# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2022
```

*Via ECF*

September 16, 2022

The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 2230
New York, NY 10007

**Re:**  Case # 1:22-cv-02241; Negron-Rosario v. MicDavis LLC & Geovanni Pillco

Dear Judge Vyskocil,

We represent Defendant MicDavis LLC with respect to the above-referenced matter. I write on behalf of all parties to request an adjournment of the initial conference scheduled for September 21, 2022. As set forth in the letter from Plaintiff's counsel dated September 14, 2022 (ECF No. 31), the parties have been engaged in good faith efforts to try to resolve this case with the assistance of mediator Holly Weiss and the SDNY mediation office. We held one mediation session on August 30, 2022 and have scheduled a second day of mediation with Ms. Weiss on September 30, 2022. Accordingly, the parties request that the conference be adjourned and rescheduled for a date in the weeks following the mediation, at the Court's convenience.

This is the second request for an adjournment of the initial conference (See ECF No. 31). Your Honor granted the parties' first request so as to allow the parties to participate in the initial mediation session. The parties do not believe this adjournment would substantially affect any other deadlines in this case, and remain committed to the Civil Case Management Plan and Proposed Scheduling Order submitted on September 14, 2022 (See EFC No. 33-1).

Thank you in advance for your consideration of this request. If you have any questions or need any additional information, please let us know.

Respectfully submitted,

*/s/ Michael L. Abitabilo*

Michael L. Abitabilo
(914) 872-6865
michael.abitabilo@jacksonlewis.com
Jackson Lewis P.C.

cc: Counsel of Record for All Parties (via ECF)

---

**GRANTED.  The Initial Pretrial Conference scheduled for September 21, 2022 at 10:30 AM is hereby adjourned and rescheduled for October 19, 2022 at 4:00 PM.  The parties shall file a report on the status of settlement discussions within three business days after concluding the scheduled mediation session, and shall file all materials for the Initial Pretrial Conference in accordance with this Court's rules. SO ORDERED.**

Date: 9/19/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge